◼ In the Matter of GLENDA LEE, Appellant, v DAVID HODGES, SR., Respondent. [737 NYS2d 909] —Appeal from an order of Family Court, Erie County (Rosa, J.), entered August 31, 2000, which denied the petition for modification of custody.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court, Erie County, Rosa, J. Present—Hayes, J.P., Wisner, Hurlbutt, Burns and Lawton, JJ.